**THOMAS v YOUNGSTOWN MUNI RY CO**

Ohio Supreme Court

No. 22019.  Decided April 23, 1930

For full opinion see 174 NE 252.

**STATE ex ACH et v BUTTERFIELD, et**

Ohio Supreme Court

No 22548.  Decided Sept 24, 1930

For full opinion see 174 NE 253.

**STATE ex WALTZ v MITCHELL**

Ohio Supreme Court

No. 22538.  Decided June 17, 1931

For full opinion see 124 Oh St 161 (Oh Bar 8-18-31).

**WAID, Director of Highways v HEISTAND**

Ohio Supreme Court

No 22237.  Decided June 18, 1930

For full opinion see 174 NE 139.

**CLARINGTON (village) v ALTHAR**

Ohio Supreme Court

No 22130.  Decided April 16, 1930

For full opinion see 174 NE 251.

**STATE ex KLEIN v BERNON, et**

**(Board of Elections)**

Ohio Supreme Court

No 22554.  Decided Sept 24, 1930

For full opinion see 174 NE 251.